**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Philip Chihua Kao,                                      Chapter 7

          Debtor.     :                      Bky. No. 24-14482 (PMM)

_____ :

Philip Chihua Kao,                                      :

          Plaintiff.     :                      Adv. No. 25-00186 (PMM)

          v.     :

Dept. of Education,                                      :

          Defendant.     :

_____ :

## ORDER DISMISSING ADVERSARY PROCEEDING

AND NOW upon consideration of the fact that an order was entered on June 6, 2025 closing the underlying bankruptcy case (see docket entry no. 26 in the main case);

And the above-captioned adversary proceeding having been filed on August 1, 2025;

And it being settled that generally dismissal of the debtor's main case will result in dismissal of all pending adversary cases. See In re Smith, 866 F.2d 576 (3d Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); Marcarelli v. Grocott, 507 B.R. 816 (E.D. Pa. 2014);

And there being no justification for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction;

It is, therefore, hereby **ordered** that the above-captioned adversary proceeding is dismissed for lack of jurisdiction.

Dated: 8/4/25

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge